AO 442 (Rev. 11/11) Arrest Warrant

FILED ___ ENTERED
___ LODGED ___ RECEIVED

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

MAR 04 2020  SP

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Cameron Shea<br><br>Defendant | )<br>)<br>)  Case No.  MJ20-088 (1)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Cameron Shea

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, in violation of Title 18, United States Code, Section 371.

Date:  2/25/20

_____
*Issuing officer's signature*

City and state:  Seattle, Washington

Mary Alice Theiler, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/25/20, and the person was arrested on *(date)* 2/26/20
at *(city and state)* SEATTLE, WA

Date: 2/26/20

_____
*Arresting officer's signature*

SA FBI
*Printed name and title*

USAO# 2018R00225